

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:　　　In the Interest of K.G-J.W., a/k/a K.W., A Child

Appellate case number:　　01-17-00739-CV

Trial court case number:　　2016-04631J

Trial court:　　　　　　　314th District Court of Harris County

This Court's January 4, 2018 Order of Abatement had abated and remanded this case to the trial court to conduct a late-brief hearing within 15 days of that order to determine, among other things, whether new counsel should be appointed because no brief had been timely filed.

Later on January 4, 2018, appellant's counsel, William Michael Thursland, filed an "Unopposed Motion to Lift [the] Order of Abatement." Counsel requests that we lift that Order and accept his brief for filing because he had served and attempted to file his brief on January 3, 2018, but he re-submitted it for filing after finding that it had not been filed after the Order was issued. The Clerk of this Court received appellant's brief later on January 4, 2018, but has not filed it.

Accordingly, the Court **GRANTS** appellant's motion, directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, to withdraw the Order of Abatement, and to mark appellant's brief filed on January 4, 2018.

Appellee's brief, if any, is **ORDERED** to be filed within **20 days** of the date of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
　　　　　　　　　　　☑　Acting individually　　☐　Acting for the Court
Date: January 5, 2018